| | |
|---|---|
| DATE: | 5/18/2022 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 11:42 - 12:11 |
| TOTAL TIME: | 14 minutes |

CASE NUMBER 4:22-CR-00110-SDJ

USA v. Michael Lewayne Hill (1),
Andrew Charles Moran (2),
Jason Lawrence Geiger (5),
Eric Reed Marascio (6),
Alexander Eric Cortesano (11),
Arthur Atik Pongtaratik (12)
Jonathan James Spencer (19)

Rafael DeLaGarza (1),   Dan Hagood, (11)
David Klaudt, (5)       Patricia Burruss, (12)
James Whalen, (6)       Eric Durojaiye (19)

Anand Varadarajan
AUSA

Defense Attorney

**FILED**
MAY 18 2022
Clerk, U.S. District Court
Eastern District of Texas

☒ INITIAL APPEARANCE INDICTMENT
☒ ARRAIGNMENT
☐ DETENTION HEARING     ☐ PRELIMINARY HEARING     ☐ STATUS CONFERENCE

☐ Hearing Held     ☐ Hearing Called     ☒ Defendant Sworn     ☐ Interpreter Required

☒ Date of arrest: 5/17     (Other district court & case #)

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☒ waived reading of indictment

☒ Defendant Hill (1) first appearance with counsel Attorney: ___Rafael DeLaGarza___ ☒ Retained
☒ Defendant Geiger (5) first appearance with counsel Attorney: ___David Klaudt___ ☒ Retained
☒ Defendant Cortesano (11) first appearance with counsel Attorney: ___Dan Hagood___ ☒ Retained
☒ Defendant Spencer (19) first appearance with counsel Attorney: ___Eric Durojaiye___ ☒ Retained

☒ Financial affidavit executed by Moran (2).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☒ ___Matthew Hamilton___ CJA appointed
☒ Financial affidavit executed by Marascio (6).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☒ ___James Whalen___ CJA appointed
☒ Financial affidavit executed by Pongtaratik (12).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☒ ___Patricia Burrus___ CJA appointed

☒ USA ORAL motion for detention
☒ USA ORAL motion to continue ☒ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Detention hearing as to all Defendants: Tuesday May 24, 2022, at 10:00 a.m. before Judge Johnson

## ARRAIGNMENT

☒ Arraignment held.  ☐ Arraignment called.

Defendant Hill (1) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

Defendant Moran (2) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

Defendant Geiger (5) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

Defendant Marascio (6) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

Defendant Cortesano (11) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

Defendant Pongtaratik (12) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

Defendant Spencer (19) enters a plea of: ☒ not guilty ☐ guilty ☐ nolo
to counts: ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 _____
☐ all counts

☒ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☒ **PRETRIAL CONFERENCE SET**
**Tuesday, July 5, 2022**: at 9:00 am before Judge Sean D. Jordan in Plano, Texas.

Court ordered Defendant ☐ DETAINED ☐ RELEASED

☐ Conditions of Release entered

☒ Defendants remanded to USM.