**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**



Clerk, U.S. District Court
Eastern District of Texas

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| v. | § | **CASE NUMBER 4:22-CR-00110-SDJ** |
| | § | |
| | § | |
| ERIC REED MARASCIO (6) , | § | |
| | § | |
| | § | |

## ORDER APPOINTING COUNSEL PURSUANT TO THE
## CRIMINAL JUSTICE ACT

This Court has determined that the above-named Defendant is financially unable to obtain

adequate representation in the above-styled case, and is otherwise qualified for appointment of

counsel. Accordingly, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), this Court appoints

**James Whalen**, a member of the Criminal Justice Act Panel of this District to represent this

Defendant.

**So ORDERED and SIGNED this 18th day of May, 2022.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE