UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NUMBER 4:22-CR-00110-SDJ |
| MICHAEL LEWAYNE HILL (1), ANDREW CHARLES MORAN (2), JASON LAWRENCE GEIGER (5), ERIC REED MARASCIO (6), ELMER OMAR AYALA (9), ALEXANDER ERIC CORTESANO (11) ARTHUR ATIK PONGTARATIK (12) JONATHAN JAMES SPENCER (19) | § § § § § § § § § § | FILED<br>MAY 1 8 2022<br>Clerk, U.S. District Court<br>Eastern District of Texas |

## ORDER SCHEDULING A DETENTION HEARING

A hearing in this case is scheduled as follows:

| Before:<br>U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | Courtroom Number: 108 |
|---|---|
| | Date: Tuesday, May 24, 2022 |
| | Time: 10:00am |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 18, 2022

UNITED STATES MAGISTRATE JUDGE.