Susan Fletcher
Collin County Commissioner, Pct. 1



May 21, 2022

To Whom It May Concern,

I have had the privilege of knowing Eric Marascio for approximately five years, having first met him in 2017, when we were both associated with a national charity event raising awareness for America's missing children.  Since the time I met Eric, we became fast friends, and he has been one of the most kind and generous people I've ever met.

Eric literally spends all of his free time helping other people – with no expectation of anything in return. He has spent thousands of dollars feeding the homeless, cooking for charities and even collecting toys to deliver to children in the hospital with severe illnesses.  I've literally seen Eric get excited about making 500 sandwiches to give away, and give out of his own wallet to feed those less fortunate than him. Whenever he hears of a need, you never have to ask him to help, because he's always right there to offer his help in any way that is needed.

Eric is also a proud American veteran, and he is staunchly supportive of our Constitution and the Rule of Law.  Even after being falsely accused in the past and later being cleared by the Innocence Project, Eric has never lost his faith in America or given up on his responsibility to give back.  That says a lot about his character and commitment to serve.  I'm honored and blessed to call him my true friend.

Eric is also very connected to his community, and dedicated to caring for his elderly parents, who also live here in north Texas and are physically depending on him.  I have full faith that Eric will comply with any conditions placed upon him as this case is investigated and sorted out by the authorities.

I respectfully request that you give strong consideration to the character of Eric Marascio, and release him as we await the adjudication of his case.  Should you have any further questions, please do not hesitate to contact me.

Respectfully,

**From The Desk Of**
**Casey Jude D'Albor**

22, May 2022

Magistrate Judge Kimberly Johnson
Case: 422CR110
7940 Preston Rd, Suite 110
Plano, Texas

Honorable Judge Johnson,

My name is Casey D'Albor, I am the Business and Industry executive for the city of Santa Fe, New Mexico' Economic Development Office. I have been a very close friend of Mr. Moracio for six-years and over this time I have never known him to otherwise be a warm, honest, and charitable person. Eric is the entrepreneur's entrepreneur. And it at least over my time knowing Eric, I have never observed him to be anything but kind and generous to those around him, including those less fortunate.

I do not feel, nor can I imagine Eric running from a problem. No, quite the opposite, I firmly believe he will remain and place every bit of his energy into ensuring his name and reputation are restored. As I know most of his family and friends are within the Dallas area. I am also aware his father is in fragile condition and Eric would never abandon him. Although Eric has a tough looking exterior, in reality, he is a kind gentile giant who goes out of his way to help others.

I sincerely ask you to consider my endorsement in rendering your decision to release him from confinement so he may be at home as he works diligently to clear his name.

Thank you for your time in reading this letter. I may be reached via mobile ███████████ or email at ███████████ at any time if necessary.

Humble Regards,

Casey Jude D'Albor c/j/d

May 24, 2022

Magistrate Judge Kimberly C. Priest Johnson
United States Federal Courthouse
7940 Preston Road Suite 110
Plano, TX 75024

Dear Magistrate Judge Kimberly C. Priest Johnson,

I am writing this letter on behalf of Eric Reed requesting that you grant him a reasonable bond. I do not believe that Eric presents a flight risk, and that he is of immense value to his community and family.

I first met Eric 5 years ago during a Fireball Run event. The purpose of the event was to travel the country in order to bring awareness to missing children in hopes of recovering them. Upon meeting him, Eric welcomed me into his group of friends whom he had known for over 20 years. His actions were in stark contrast to others I had met before him on the journey. During our conversation, Eric immediately let me know about his federal conviction in case it would make me uncomfortable given my position. He took blame for trusting his superiors to a fault.

Over these 5 years, we have continued to grow together as great friends.

I felt it necessary to speak on his behalf given the gravity of the situation due to his previous conviction. I would not do so if I believed, even remotely, that Eric is a flight risk.

He currently resides 25 minutes from his elderly father who is in dire need of Eric's care. His father has a significant heart issue requiring imminent surgery. Eric's brother, who might otherwise care for their father, is unable to do so given his significant obesity issues. Eric has had to care for his brother as well, going as far as to cook meals for his brother every day.

Eric owns and operates several businesses out of Dallas. He has a coaching business, nutritional meal planning business, and Markon Meals agency from which he conducts business locally.

Finally, Eric has not been evasive in the investigation. He has known about the coming indictment for some time and, rather than escape, has assisted by supplying the Consulting Agreement for the SBA Loan containing his identifiers so as to help the FBI source the corruption. He did not flee because he believes that when the investigation is complete, the investigation will clear him of all wrongdoing.

It is not in Eric's character, best interest, or in line with his previous actions, to leave if you permit a bond. As such, I believe a bond would be a just resolution for Eric. A bond would not prejudice the investigation, nor would it present a harm to the public given the nonviolent nature of the charges.

I wish you the best in your discernment of this issue.


Sincerely,


Judge Kathleen Ann Sutula
Justice Center

The Adrenaline Partnership
at Scaramanga Movie Ranch



**ADRENALINE PARTNERSHIP**

22, May 2022

Hon. Judge Kimberly Johnson
Case No. 422CR110
7940 Preston Rd, Suite 110
Plano, Texas

"A Good Man"

Your Honor,

My name is J. Sánchez, a film and television producer out of Santa Fe, New Mexico. I am humbled to say, my friend whom I've known for over 20 years, Eric Moracio, a USAF veteran, is a good, honest, and integrity-based individual who will remain in Texas to clear his name.

Eric, is an author of several self-help and inspirational books writing under the name 'Phoenix Marcos'. His entire family is from and resides in Plano, Texas, most of his friends are in the area, as are his businesses. In addition, Eric serves and volunteers for many charities and non-profits including the Museum of the American Military Family. It is my opinion, Eric does not, cannot, and would not be a 'flight risk'.

Lastly, beyond friends, I have worked closely with and partnered with Eric on several endeavors and have never observed him act in any way except professionally. He is a genuine person, forthright, upfront, and above all honest. I have never known him to cheat or manipulate in any aspect of business. Simply said, Eric is a good man.

Thank you for your time in considering my endorsement of Mr. Moracio.

Respectfully,

J. Sánchez, PGA

Founding Member, Central Florida Partnership
Free Ambassador, City of Orlando
Retired, USAF F-15 Crew Chief

To Whom it May Concern

Phoenix Marcon has been a good friend and a true inspiration in my life for over 5 years. In the time that I have known him, his actions and activities have always been based around helping others. Putting people in need has always been Phoenix's top priority.
From serving his country, to leading weekly community groups in feeding the homeless, Phoenix is a great honest person that inspires me to be my best every day. Phoenix is a person with high integrity that always gives and never takes. His soul was put on this earth as a caregiver to others and a sharer of light. This is all that I have seen him do for many years.

Lizbeth Harrison





Lynda Bowers
Broker/Owner
ProEdge Realty, LLC

Everyday Woman's Series
Co-Author

May 22, 2022

Honorable Magistrate Judge Kimberly Johnson
U.S. District Court, Eastern District of Texas

RE:  Eric Reed Marascio
     Case No. 422CR110

I am certain Mr. Marascio's attorney will explain his
longstanding relationship with his community, his strong local
family ties and his emersion in his successful local businesses.
Each alone, solid assurances he will appear throughout the
process of defending his innocence.

I offer my personal experience as to Eric's character
without repeating the foregoing.

I know Eric to be a person who holds himself to the highest
personal ethics.  I have served my community as an elected
official for 24 years and served on boards for numerous
charitable organizations serving children and veterans.  I place
an extremely high value on service to others and personal
integrity.  Eric walks that walk.  For years, Eric has been a
resource for me and many others, encouraging us to pursue
goals, pay successes forward and to "always be the best
version of you".

For Eric to remain incarcerated during the time it takes to
resolve this matter would be a great disservice, even a
hardship to many.  As an example, on May 14, 2022 Eric's
collaboration served more than 4, 200 sandwich meals to those
in need.  This monthly event is as important to the greater
community as it is to Eric.  There are many people who rely on
Eric's team leadership for resources and their wellbeing.

It is also important to note that Eric's elderly father is very
ill.  The pain of not being at his father's side during this time
to Eric and his family is indescribable.

Thank you for taking the time to read this letter and thank
you for including my comments in your consideration.

Respectfully,

*Lynda Bowers*

Lynda Bowers

To: Hon. Magistrate Judge Kimberly Johnson

Subject: Case number 422CR110, Character Statement of Eric Morsacio

I had the pleasure of meeting Eric Morsacio in 2017. I found him to be an outstanding person, full of positive energy and very personable. Since that first meeting, I came to know Eric as a successful chef, author of many self-help motivational publications, fitness trainer, and community service champion. He is a very humble man who strives to help others before himself.

I would vouch for this man's honest character integrity anyday.

Respectfully,

Marc Lavigne
USAF/DOD Engineer
███████████████

309th Software Engineering Group, Hill AFB, UT
Former NASA Engineer, Kennedy Space Center, FL

SELF-HELP BOOKS AUTHORED BY ERIC (Phoenix Marcon) MARASCIO



FEEDING THE HOMELESS - "FEED THE CITY" TANGO TAB EVENTS





ERIC INVENTED SYSTEM NAMED "REVOICE" TO HELP THE DEAF COMMUNICATE WITH EVERYONE SO THEY CAN LEAD A NORMAL LIFE..



ERIC HELD TOY DRIVES FOR "CHILDREN'S MEDICAL CENTER"



Phoenix Marcón at Children's Medical Center Plano



Phoenix Marcón at Children's Medical Center Plano

ERIC (Phoenix) BECAME A LICENSED LIFE COACH TO HELP OTHERS THROUGH THEIR TOUGH TIMES AS HE HAD BEEN THEIR HIMSELF.



ERIC MARASCIO SERVED HIS COUNTRY THROUGH THE  AIR FORCE



THROUGH HIS PHILANTHROPY, HE'S BECOME CLOSE FRIENDS WITH COMMISSIONERS, JUDGES, ATTORNEY'S, etc. (see character reference letters attached)



ERIC (Phoenix Marcon) WAS WRITTEN UP IN FORBES MAGAZINE 2022 SPECIAL ISSUE GIVING HELPFUL ADVICE TO OTHERS



**** CHARACTER REFERENCE LETTERS ATTACHED

(more coming tomorrow morning)