IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:22-CR-110 |
| | § | Judge Jordan |
| MICHAEL HILL, et al. | § | |

## AGREED MOTION FOR PROTECTIVE ORDER

The discovery material in this case contains private personal identification information of individuals as well as law enforcement sensitive information. As a result, the parties request that the Court issue a protective order governing the use and disclosure of the discovery material and that the order contain the following conditions:

a. Defense counsel shall maintain the discovery material in accordance with the terms of this protective order and shall use the discovery material solely and exclusively in connection with this case (including trial preparation, trial, and, if necessary, appeals or other related legal proceedings) and for no other purpose;

b. Only the following individuals may access and view the discovery material: (i) defense counsel; (ii) the defendant, for the sole purpose of assisting in the preparation of their defense and only in the presence and under the direct supervision of defense counsel; and (iii) such members of defense counsel's staff, defense expert witnesses, and consultants as are necessary for the purpose of preparing the defendant's defenses, and only while these staff members, expert witnesses, or consultants are operating under the direct supervision and control of defense counsel;

c. Defense counsel may print, copy, and/or duplicate the discovery material

only if the printed items, copies, and/or duplicates, are kept under the same control as the original discovery material;

      d.      Defense counsel will keep a copy of this protective order with the discovery material at all times; and

      e.      If and when the defendant has exhausted trial and appellate rights, including any claim under 28 U.S. Code § 2255, or upon termination of defense counsel's representation of the defendant, defense counsel shall destroy the discovery material and any printed items, copies or duplication of the discovery material.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Anand Varadarajan*
ANAND VARADARAJAN
Assistant United States Attorney
Texas State Bar No. 24088576
Email: anand.varadarajan@usdoj.gov

G.R. JACKSON
Assistant United States Attorney
Texas State Bar No. 00784874
Email: glenn.roque-jackson@usdoj.gov

101 East Park Boulevard, Suite 500
Plano, Texas 75074
972-509-1201
Fax: 972-509-1209

## CERTIFICATE OF CONFERENCE

This is to certify that the Assistant United States Attorney for the Government, Anand Varadarajan, has reached out to all counsel of record regarding this motion. The following counsel do not oppose the motion:

Rafael De La Garza
Charles Lindley Woods
David W. Klaudt
Patricia Garza Burrus
Mark D. Grosso
Kambria Rashida Jones Morgan
Roger Haynes
Heath Hyde
James Whalen
James Lee Bright
Phillip A. Linder
Glenn A. Brenner
Daniel K. Hagood
Eric A. Durojaiye
John Hunter Smith

The Government has not heard a final response from Ken Smith, counsel for Fabian Hernandez, and is listing him as opposed:

/s/ Anand Varadarajan
Anand Varadarajan

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this motion was served on defense counsel by electronic filing (CM/ECF) on this 3rd day of June 2022.

/s/ Anand Varadarajan
Anand Varadarajan