UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

## TRANSFER ORDER

It is hereby **ORDERED** that the following criminal cases are transferred to the Honorable Jeremy D. Kernodle, effective immediately.

| | |
|---|---|
| 4:22-cr-00084-SDJ-CAN | USA v. Castillo, et al |
| 4:22-cr-00110-SDJ-CAN | USA v. Hill, et al |

**So ORDERED and SIGNED this 17th day of June, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE