UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>)<br>v.  )<br>)<br>ERIC REED MARASCIO,  )<br>) | No. 4:22CR00110<br><br>Judge Kernodle |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes ERIC REED MARASCIO, Defendant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for JAMES P. WHALEN to withdraw and to substitute Joel K. Petrazio as attorney of record for Defendant in this cause, and in support thereof would show:

1. JAMES P. WHALEN was previously appointed by the Court to represent Defendant in this cause. Defendant no longer desires to be represented by JAMES P. WHALEN.

2. Joel K. Petrazio has been employed to represent ERIC REED MARASCIO in this case. ERIC REED MARASCIO approves this substitution and has signed an attorney/client contract for services. This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

**WHEREFORE, PREMISES CONSIDERED,** ERIC REED MARASCIO prays that the Court enter an order allowing JAMES P. WHALEN to withdraw from representing Defendant and to substitute Joel K. Petrazio as attorney of record in this cause.

Respectfully submitted,

Petrazio Law Firm
5465 Legacy Drive, Suite 650
Plano, Texas 75024
Tel: (972) 965-1016
Fax: (972) 382-1201

By: _____/s/_____
Joel K. Petrazio
State Bar No. 00794447
Attorney for ERIC REED MARASCIO

Agreed:

_____
James P. Whalen

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with Mr. James Whalen on 7/16/2022 and Glenn R. Jackson on 7/25/2022 and neither was opposed to my substitution.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Substitute Counsel has been served via CM/ECF upon Mr. Glenn Jackson, Assistant United States Attorney and Mr. James P. Whalen, Esq. on 7/27/22.

_____/s/_____
Joel K. Petrazio