**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **4:22CR00110** |
| | ) | |
| **ERIC MARASCIO** | ) | |

**MOTION TO WITHDRAW REQUEST TO REVIEW ORDER OF DETENTION**

Defendant ERIC MARASCIO, by and through counsel, respectfully moves this Court, pursuant to 18 U.S.C. §§3145(b) and 3145(c), to review the Order of Detention entered in this case on June 2, 2022, and as grounds, shows the Court:

1. ERIC MARASCIO had an Arraignment Hearing on May 18, 2022. ERIC MARASCIO entered a plea of not guilty. The government moved to detain defendant pending trial. Mr Marascio requested a detention hearing which was scheduled for May 24, 2022.

2. On May 23, 2022 ERIC MARASCIO filed an unopposed Motion to Continue his detention hearing. The detention hearing was rescheduled for May 31, 2022.

3. On May 31, 2022, ERIC MARASCIO, had his dentention hearing in which Jamie McCarty testified on behalf of Mr. Marascio and informed the Court that she would be a willing third party custodian if Mr Marascio was given conditions of release. The Court took the matter under advisement and Mr. Marascio was remanded.

4. On June 2, 2022, the Court entered an Order of Detention Pending Trial. The Court set forth its reasons for detention in its findings.

5. Since the Order of Detention was entered, a Motion to Review Order of Dentention has been filed and was scheduled for hearings on September 19, 2022, which was not reached, and October 6, 2022, which was continued to October 19, 2022, at the request of defense counsel. At this time, given the circumstances as they currently exist, it is requested that Eric Marascio's request to Review Order of Dention is respectfully withdrawn.

Wherefore, for these reasons, the defendant, ERIC MARASCIO, respectfully requests that this motion be granted, and for the Court to remove the hearing for Review of Dentention currently scheduled for October 19, 2022.

Respectfully submitted,

_____/s/_____
JOEL K. PETRAZIO
State Bar No. 00794447
5465 Legacy Drive, Suite 650
Plano, Texas 75024
(972) 965-1016 Phone
(972) 382-1201 Fax
Peraziolaw@gmail.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw Request to Review Order of Detention has served upon Mr. Anand Varadarajan, Assistant United States Attorney, via electronic filing this the 18th day of October 2022.

_____/s/_____
JOEL K. PETRAZIO

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I spoke with Assistant United States Attorney Anand Varadarajan on October 18, 2022 regarding the setting of this Motion to Withdraw Request to Review Order of Detention and he is not opposed to the Motion

_____/s/_____
JOEL K. PETRAZIO