IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §  Case No. 4:22-cr-110-JDK § |
| ERIC REED MARASCIO (6) and CORD DEAN NEWMAN (8) | § § § § § § |

## VERDICT FORM

As to the offense charged in Count One of the indictment, we, the Jury, find

Eric Reed Marascio:

_____     \_\_\_\_X_____
Not Guilty                Guilty

As to the offense charged in Count One of the indictment, we, the Jury, find

Cord Dean Newman:

_____     \_\_\_\_X_____
Not Guilty                Guilty

As to the offense charged in Count Two of the indictment, we, the Jury, find

Eric Reed Marascio:

_____    ___X_____
Not Guilty                              Guilty


As to the offense charged in Count Two of the indictment, we, the Jury, find

Cord Dean Newman:

_____    ___X_____
Not Guilty                              Guilty


Date: 2.6.2025            Presiding Juror: ████████████